# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 118 DB 2019  (No. 76 RST 2019) |
| | : | |
| | : | |
| CHRISTOPHER R. STOCKTON | : | Attorney Registration No.  47164 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 30th day of August, 2019, the Report and Recommendation of Disciplinary Board Member dated August 22, 2019, is approved and it is ORDERED that Christopher R. Stockton, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.